**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6700**

BARNEY ADRIAN DUNLAP,

        Petitioner - Appellant,

      v.

DAVID MITCHELL, Superintendent, Lanesboro Correctional Institution,

        Respondent - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Martin K. Reidinger, Chief District Judge.  (5:15-cv-00139-MR)

Submitted:  June 25, 2024                        Decided:  June 27, 2024

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Barney Adrian Dunlap, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barney Adrian Dunlap appeals the district court's order denying two postjudgment filings in Dunlap's 28 U.S.C. § 2254 proceedings. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Dunlap v. Mitchell*, No. 5:15-cv-00139-MR (W.D.N.C. June 28, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*